**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

IN RE:

Pom Bougnavong
Malivanh Bougnavong

Case No.: 11-25507
Chapter: 13

Debtor(s)

Judge Janet S. Baer

## NOTICE OF MOTION

TO:  Tom Vaughn, Chapter 13 Trustee, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603 by electronic notice through ECF
Pom Bougnavong, Malivanh Bougnavong, Debtor(s), 766 Hastings St, Elgin, IL 60120
Jason Blust, Attorney for Debtor(s), 211 W. Wacker Drive Ste. 200, Chicago, IL 60606 by electronic notice through ECF

PLEASE TAKE NOTICE that on 05/12/16, at 9:30AM, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Janet S. Baer, Bankruptcy Judge, in the courtroom usually occupied by him/her at the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois, room 615, or before any other Bankruptcy Judge who may be sitting in his/her place and stead, and shall then and there present this Motion of the undersigned, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith, at which time you may appear if you so desire.

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the parties listed above, as to the Trustee and Debtor's attorney via electronic notice on May 2, 2016 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on May 2, 2016.

/s/ Peter Bastianen
Attorney for Movant

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-10-14076)**

NOTE: This law firm is a debt collector.

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on May 2, 2016 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on May 2, 2016.

  Tom Vaughn, Chapter 13 Trustee, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603 by electronic notice through ECF
  Pom Bougnavong, Malivanh Bougnavong, Debtor(s), 766 Hastings St, Elgin, IL 60120
  Jason Blust, Attorney for Debtor(s), 211 W. Wacker Drive Ste. 200, Chicago, IL 60606 by electronic notice through ECF

                                                /s/ Peter Bastianen
                                                   Attorney for Movant

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-10-14076)**

NOTE: This law firm is a debt collector.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:

Pom Bougnavong
Malivanh Bougnavong

Debtor(s)

Case No.: 11-25507
Chapter: 13

Judge Janet S. Baer

## MOTION TO EXTEND TIME

**NOW COMES** DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC (hereinafter "Movant"), by and through its attorneys, Codilis & Associates, P.C., and moves this Honorable Court pursuant to Fed. R. Bankr. P. 9006(b) for an extension of time to file its Response to the Trustee's Notice of Final Cure Payment, and in support thereof states as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. §1334 and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois, Eastern Division;

2. The Debtor is indebted to Movant for which the Movant claims a valid security interest in the property commonly known as 766 Hastings Street, Elgin, Illinois;

3. On April 13, 2016, the Trustee filed and served a "Notice of Final Cure Payment" pursuant to Fed. R. Bankr. P. 3002.1(f);

4. Pursuant to Fed. R. Bankr. P. 3002.1(g), the twenty-one (21) day deadline for Movant to file and serve its Response the Notice of Final Cure Payment expires on May 4, 2016;

5. Movant is in the process of preparing its Response but estimates that it will require up to twenty-one (21) additional days from the original May 4, 2016 response deadline to complete its Response;

**WHEREFORE,** DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC prays this Court enter an Order pursuant to Fed. R. Bankr. P. 9006(b) extending the time for Movant to file its Response to the Trustee's Notice of Final Cure Payment by twenty-one (21) days from the original May 4, 2016 response deadline to May 25, 2016, and for such other and further relief as this Court may deem just and proper.

Dated this May 2, 2016.

    Respectfully Submitted,
    Codilis & Associates, P.C.

    By: /s/ Peter Bastianen

    Berton J. Maley ARDC#6209399
    Rachael A. Stokas ARDC#6276349
    Gloria C. Tsotsos ARDC#6274279
    Jose G. Moreno ARDC#6229900
    Peter C. Bastianen ARDC#6244346
    Joel P. Fonferko ARDC#6276490
    **Codilis & Associates, P.C.**
    15W030 North Frontage Road, Suite 100
    Burr Ridge, IL 60527
    (630) 794-5300
    **C&A FILE (14-10-14076)**

NOTE: This law firm is a debt collector.